| | |
|---|---|
| 1 | ROBERT W. O'CONNOR, SBN 96547<br>bob@otmklaw.com |
| 2 | SEAN-THOMAS P. THOMPSON, SBN 210529<br>sean@otmklaw.com |
| 3 | JOHN W. KLOTSCHE, SBN 257992<br>john@otmklaw.com |
| 4 | O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP<br>2500 Venture Oaks Way, Suite 150 |
| 5 | Sacramento, CA 95833<br>Telephone:   916-993-4540 |
| 6 | Facsimile:    916-993-4541 |
| 7 | Attorneys for Plaintiff, |
| 8 | A. Teichert & Son, Inc. dba Teichert Construction |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; COLONY INSURANCE COMPANY, a Virginia corporation; and RSUI INDEMNITY COMPANY, a New Hampshire corporation,<br><br>Defendants. | CASE NO. 16-cv-07094-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES**<br><br>Case Management Date:  June 30, 2017<br>Courtroom:              1<br>Trial Date:             None Set |

Pursuant to Civil Local Rule 6-2(a), Plaintiff A. Teichert & Son, Inc. dba Teichert Construction ("Plaintiff") and Defendants Landmark American Insurance Company, Colony Insurance Company and RSUI Indemnity Company (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

1.  On January 11, 2017, the Court entered a Notice of Initial Case Management Conference (Document No. 16) setting a Case Management Conference for March 17, 2017.

2.  On February 28, 2017, pursuant to the parties' stipulation, the Court entered an Order Continuing Case Management Conference and Other Pending Deadlines (Document No. 24) that, among other things, continued the Case Management Conference to June 30, 2017.

3.  For the reasons set forth below, the parties request that the Case Management

Conference, and all currently pending deadlines, be re-scheduled to the dates requested in paragraph 8, below.

4. This action (the "Federal Action") concerns insurance coverage issues arising from, among other things, claims being advanced in a state action titled *San Luis Obispo County Flood Control and Water Conservation District v. A. Teichert & Son, Inc., et al.,* Contra Costa Superior Court, Case No. MSC15-02153 (the "State Action").

5. In the State Action, the plaintiff and defendants initially agreed to participate in (1) a joint consultant meeting by April 14, 2017 (the "Joint Consultant Meeting"), and (2) mediation by June 1, 2017 using Michael G. Ornstil of JAMS as the mediator (the "Mediation"). However, in order to allow for the completion of additional discovery in the State Action (e.g., testing of pipe samples), the Joint Consultant Meeting and Mediation have been re-scheduled to July 19, 2017 and August 29, 2017, respectively.

6. In this Federal Action, in an effort to further educate the Defendants on the Plaintiff's claims and resolve those claims through ADR, Plaintiff has requested that the Defendants participate in both the Joint Consultant Meeting and Mediation.

7. The Defendants have agreed to participate in the Joint Consultant Meeting. Moreover, Defendant Colony Insurance Company has agreed to participate in the Mediation. Defendants Landmark American Insurance Company and RSUI Indemnity Company may agree to participate in the Mediation and will make their determination after they have participated in the Joint Consultant Meeting.

8. The Plaintiff and Defendants agree that a second continuance of the Case Management Conference, and all currently pending deadlines, will permit a more efficient case management, will serve the interests of judicial economy, and will conserve party and Court resources. Specifically, a continuance will allow more time for the Plaintiff and Defendants to participate in the Joint Consultant Meeting and, if agreeable, the Mediation, which, if successful, will resolve this Federal Action thereby eliminating the need for a Case Management Conference.

9. The Parties, therefore, request the following:

00076656.1

12837770.1

a. The June 30, 2017 Case Management Conference be taken off calendar and rescheduled for September 27, 2017, or to another date that is convenient for the Court;

b. The Parties' deadline to file the Joint Case Management Statement be continued to seven (7) days prior to the new date for the Case Management Conference; and

c. The Parties' deadline under Civil Local Rule 16-8 and ADR Local Rule 3-5 for the filing of the ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued to twenty-one (21) days prior to the new date for the Case Management Conference.

10. This is the parties' second request for a modification to the deadlines set forth above.

**IT IS SO STIPULATED.**

DATED: June 6, 2017                     O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP


By: */s/ John W. Klotsche*
    JOHN W. KLOTSCHE
    SEAN-THOMAS P. THOMPSON
    Attorneys for Plaintiff, A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION

DATED: June 6, 2017                     MUSICK, PEELER & GARRETT LLP


By: */s/ Juan A. Torres*
    DAVID A. TARTAGLIO
    JUAN A. TORRES
    Attorneys for Defendants, LANDMARK AMERICAN INSURANCE COMPANY and RSUI INDEMNITY COMPANY

DATED: June 6, 2017                     CHARLSTON, REVICH & WOLLITZ LLP


By: */s/ Jeffrey Charlston*
    JEFFREY CHARLSTON
    Attorneys for Defendant, COLONY INSURANCE COMPANY

Case Management Conference set for October 13, 2017 at 3:00 p.m. before Judge Susan Illson.

**PURSUANT TO STIPULATION, IT IS ORDERED.**

DATED: 6/6/2017

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

00076656.1

-4-

12837770.1