1  ROBERT W. O'CONNOR, SBN 96547
   bob@otmklaw.com
2  SEAN-THOMAS P. THOMPSON, SBN 210529
   sean@otmklaw.com
3  JOHN W. KLOTSCHE, SBN 257992
   john@otmklaw.com
4  O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP
   2500 Venture Oaks Way, Suite 150
5  Sacramento, CA 95833
   Telephone:  916-993-4540
6  Facsimile:  916-993-4541

7  Attorneys for Plaintiff,
   A. Teichert & Son, Inc. dba Teichert Construction

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; COLONY INSURANCE COMPANY, a Virginia corporation; and RSUI INDEMNITY COMPANY, a New Hampshire corporation,<br><br>Defendants. | CASE NO. 16-cv-07094-SI<br><br>**STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, AND TOLLING AGREEMENT**<br><br>Case Management Date:  June 30, 2017<br>Courtroom:       1<br>Trial Date:           None Set |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff A. Teichert & Son, Inc. dba Teichert Construction and Defendants Landmark American Insurance Company and RSUI Indemnity Company (collectively the "Parties"), by and through their respective counsel, stipulate to dismiss this action, without prejudice, with the Parties each bearing their own attorneys' fees and costs.

The Parties further stipulate and agree as follows:

1.  For purposes of this Stipulation, "Applicable Claims and Defenses" means all claims and causes of action (including, without limitation, any and all causes of action for declaratory relief on a duty to defend or indemnify, breach of contract, breach of implied covenant of good faith and fair dealing, and unfair business practices, and/or other causes of

action under common law or under state, federal, or local laws), and any defenses, arising from or related to alleged leaks in the public work of improvement known as the Nacimiento Water Project, including, without limitation, claims, causes of action and defenses asserted in the litigation titled *San Luis Obispo County Flood Control and Water Conservation District v. A. Teichert & Son, Inc. et al.,* Contra Costa Superior Court, Case No. MSC15-02153, which (a) have already accrued as of the Effective Date and are not barred as of the Effective Date under any agreement, statutes of limitation, or otherwise, or (b) may accrue during the tolling period described in paragraph 2, below.

2. In an attempt to avoid immediate and potentially unnecessary litigation, the Parties hereby agree that the running of any and all statutes of limitations, repose, and defense of laches applicable to the Applicable Claims and Defenses are suspended and tolled effective October 20, 2017 (the "Effective Date") until December 1, 2018 (the "Termination Date"), unless the Termination Date is extended or shortened by mutual agreement of the Parties, with such mutual agreement evidenced by a written instrument signed by all of the Parties.

3. The execution of this Stipulation is not and shall not be deemed to constitute evidence or an admission of liability for any claim or cause of action.

4. Furthermore, this Stipulation shall not revive any claims, causes of action or defenses belonging to any Party which were barred prior to the Effective Date under the terms of any agreement, statutes of limitation or otherwise.

**IT IS SO STIPULATED.**

DATED: October 31, 2017

O'CONNOR THOMPSON MCDONOUGH KLOTSCHE LLP

By:_____
JOHN W. KLOTSCHE
SEAN-THOMAS P. THOMPSON
Attorneys for Plaintiff, A. TEICHERT & SON, INC. dba TEICHERT CONSTRUCTION

| | | |
|---|---|---|
| 1 | DATED: October 23, 2017 | MUSICK, PEELER & GARRETT LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID A. TARTAGLIO |
| 5 | | JUAN A. TORRES |
| 6 | | Attorneys for Defendants, LANDMARK AMERICAN INSURANCE COMPANY and RSUI INDEMNITY COMPANY |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/3/17         _____
                       THE HONORABLE SUSAN ILLSTON
                       UNITED STATES DISTRICT JUDGE